FILED: May 16, 2014

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 14-4025
(1:10-cr-00477-CMH-7)

_____

UNITED STATES OF AMERICA

    Plaintiff - Appellee

v.

FRANK CHATMON

    Defendant - Appellant

_____

O R D E R

_____

Appellant has filed a motion to exceed the length limitations established by this court's Local Rule 32(a) for the joint appendix.

The court grants appellant leave to file a joint appendix not to exceed 530 pages.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk